The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-148 JLR |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| AHMON RASHARD HOGG JR., and SETH DAQUAN COLES BODY, | |
| Defendants. | |

The Court, having considered the parties' stipulated motion to continue the trial date, and being familiar with the docket and pleadings filed therein, finds that the ends of justice served by a continuance of the trial date outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The Court further finds that a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The Court further finds that, to the extent that the issues presented by this case are not so complex or unusual, the defense and the government have exercised due diligence, and the

Order Continuing Trial – 1
*U.S. v. Hogg, et al. CR25-148 JLR*

failure to grant a continuance would deny the defendants the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, the Court grants the parties' motion and sets the trial of this case for April 13, 2026. Pretrial motions shall be filed no later than March 2, 2026.

The Court excludes the period from the date of this order through April 13, 2026, from computation of the time within which the trial must commence under the Speedy Trial Act. The defendants have waived their speedy trial rights through the new date for trial and shall file speedy trial waivers forthwith.

IT IS SO ORDERED.

DATED this 14th day of August, 2025.

HON. JAMES L. ROBART
United States District Judge

Presented by:

*s/ Amanda McDowell*
AMANDA MCDOWELL
Assistant United States Attorney

Order Continuing Trial – 2
*U.S. v. Hogg, et al. CR25-148 JLR*